GREAT NORTHERN TELEGRAPH COMPANY, LIMITED, Respondent, v. YOKOHAMA SPECIE BANK LIMITED, in Liquidation, Respondent, and CHARTERED BANK OF INDIA, AUSTRALIA AND CHINA, Appellant.— Present — Cohn, J. P., Callahan, Van Voorhis and Bergan, JJ. [See *ante,* p. 881.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MAX SCHACHTER, Appellant, against JEAN SCHWARTZ, Respondent.— Present — Peck, P. J., Callahan, Van Voorhis, Shientag and Bergan, JJ. [See *ante,* p. 896.]

UNITED WORLD HOLDING CO., INC., v. MAISON HORTENSE, INC.— Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ. [See *ante,* p. 992.]

ANNA BERKOWSKY v. WILLIAMS & CO., INC.— Present — Cohn, J. P., Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 895.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NASSAU-BEEKMAN REALTY CORPORATION, Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [132 Nassau St. and 15-17 Beekman St., Borough of Manhattan.] Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 992.]

GRENLAC HOLDING CORP. v. LILLIAN E. KAHN et al.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 989.]

ROSE COHN et al. v. CITY OF NEW YORK et al.— Present — Peck, P. J., Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 864.]

IRENE SHERMAN, Suing on Behalf of Herself and Other Legatees of the Estate of MOE SHERMAN, Deceased, v. SAMUEL W. SIEGEL, Individually and as Executor of MOE SHERMAN, Deceased, et al.— Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *ante,* p. 981.]